IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 NOV 10 PM 4:40

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

2:21-CR-219
Marbley

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | **JUDGE** |
| v. | : | **INFORMATION** |
| **MICHAELA SAMUEL,** | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(v) |
| Defendant. | : | **FORFEITURE** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Possession with Intent to Distribute a mixture or substance containing a detectable amount of Lysergic Acid Diethylamide (LSD)]**

On or about August 3, 2020, in the Southern District of Ohio, the defendant, **MICHAELA SAMUEL,** knowingly and intentionally possessed with intent to distribute 10 grams or more of a mixture or substance containing a detectable amount of Lysergic Acid Diethylamide (LSD), a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(v).

**FORFEITURE ALLEGATION**

1. The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

2. Upon conviction of the offense in violation of 21 U.S.C. § 841 as alleged in Count One of this Information, the defendant, **MICHAELA SAMUEL,** shall forfeit to the United States all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:  Approximately $13,557.00 in United States currency seized on or about August 3, 2020, during the execution of a search warrant on a motel room used by the defendant, **MICHAELA SAMUEL**.

Forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*/s/ Sheila G. Lafferty*
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney