United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-   Case No. 2:21-cr-219

Michaela Samuel

COURTROOM MINUTES
Arraignment on Information

| U.S. District Chief Judge Algenon L. Marbley | | Date:   January 28, 2022 @ 9:45 a.m. | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Govt: | Sal Dominguez |
| Court Reporter: | Shawna Evans | Counsel for Deft(s): | Chase Mallory |
| Interpreter: | N/A | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

Defendant consented to proceed via video.

Defendant entered a guilty plea to Count I of the Information.

PSI report ordered.

Defendant to remain in custody pending sentencing.